IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWIN BYRNES,                              No. CIV S-11-2366-CMK-P

       Petitioner,

  vs.                                              ORDER

RICK HILL,

       Respondent.

_____/

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's motion to appoint counsel (Doc. 16).  This case is closed, final judgment having been entered November 16, 2011, and is currently on appeal.  As there is no active case in this court in which to appoint counsel, petitioner's motion is denied without prejudice to renewal in the Ninth Circuit.

       IT IS SO ORDERED.

DATED: April 25, 2012

                                                                                                                         /s/ Craig M. Kellison_____
                                                                                               CRAIG M. KELLISON
                                                                                               UNITED STATES MAGISTRATE JUDGE